IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

       Petitioner,                No. 2: 11-cv-2152 KJN P

   vs.

WONG, et al.,

       Respondents.        ORDER

_____/

       Petitioner, a state prisoner proceeding without counsel, has filed a petition for writ of habeas corpus. In this petition, petitioner challenges his conditions of confinement. The caption of the petition states "Superior Court of California County of San Joaquin." It appears that petitioner inadvertently filed the petition in this court rather than the Superior Court.

       Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, petitioner shall inform the court whether he intends to proceed with the instant action in this court; if petitioner inadvertently filed this action in this court rather than the San Joaquin County Superior Court, he may file a notice of voluntary dismissal.

DATED: August 24, 2011

                                                  KENDALL J. NEWMAN
                                                  UNITED STATES MAGISTRATE JUDGE

dean2152.56