IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,                  No. 2:11-cv-2152 KJN P

    vs.

E. WONG, et al.,

        Defendants.           ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's motion for the appointment of counsel is denied.

        Plaintiff has also filed a motion for summary judgment. This motion is premature as no defendants have been served or otherwise appeared in this action. For this reason, plaintiff's motion is denied without prejudice.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1.  Plaintiff's August 12, 2011 motion for summary judgment (Dkt. No. 2) is
3   denied without prejudice;

4   2.  Plaintiff's October 3, 2011 motion for the appointment of counsel (Dkt. No. 9)
5   is denied.

6   DATED: October 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dean2152.31