IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

       Plaintiff,                  No. 2: 11-cv-2152 KJN P

   vs.

E. WONG, et al.,

       Defendants.          ORDER TO SHOW CAUSE

_____/

       Plaintiff is a state prisoner proceeding without counsel. Plaintiff has consented to the jurisdiction of the undersigned.

       By an order filed September 21, 2011, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a dismissal of this action. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

////

////

////

////

1

1  Accordingly, IT IS ORDERED that within fourteen days of the date of this order,
2 plaintiff shall show cause why this action should not be dismissed for his failure to file an in
3 forma pauperis application.
4 DATED: November 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dean2152.osc