1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALTON E. DEAN,

11             Plaintiff,                    No. 2: 11-cv-2152 KJN P

12        vs.

13   E. WONG, et al.,

14             Defendants.                   ORDER TO SHOW CAUSE

15   _____/

16             Plaintiff is a state prisoner proceeding without counsel.  Plaintiff has consented to

17   the jurisdiction of the undersigned.

18             By an order filed September 21, 2011, plaintiff was ordered to file an in forma

19   pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that

20   failure to do so would result in a dismissal of this action.  The thirty day period has now expired,

21   and plaintiff has not responded to the court's order and has not filed an in forma pauperis

22   affidavit or paid the appropriate filing fee.

23   ////

24   ////

25   ////

26   ////

1

1    Accordingly, IT IS ORDERED that within fourteen days of the date of this order,

2  plaintiff shall show cause why this action should not be dismissed for his failure to file an in

3  forma pauperis application.

4  DATED:  November 3, 2011

5

6  _____

   KENDALL J. NEWMAN

7  UNITED STATES MAGISTRATE JUDGE

8  dean2152.osc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26