IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,                    No. 2: 11-cv-2152 KJN P

   vs.

S.H. WONG, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to

1  make monthly payments of twenty percent of the preceding month's income credited to
2  plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to
3  the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing
4  fee is paid in full.  28 U.S.C. § 1915(b)(2).
5              Plaintiff originally filed this action as a habeas corpus petition pursuant to 28
6  U.S.C. § 2254.  On September 21, 2011, the undersigned construed the action as having been
7  brought pursuant to the Americans with Disabilities Act ("ADA") and 42 U.S.C. § 1983.
8  Because plaintiff's application to proceed in forma pauperis has now been granted, the habeas
9  petition is dismissed and plaintiff is directed to file a complaint containing his civil rights and
10 ADA claims.
11             In accordance with the above, IT IS HEREBY ORDERED that:
12             1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
13             2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
14 Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
15 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
16 Director of the California Department of Corrections and Rehabilitation filed concurrently
17 herewith.
18             3.  The habeas corpus petition is dismissed; plaintiff is granted thirty days to file a
19 complaint; failure to file a complaint will result in the recommendation of dismissal of this
20 action;
21             4.  The Clerk of the Court is directed to send plaintiff the form for a civil rights
22 complaint.
23 DATED:  December 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

26 de2152.dis

2

|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

ALTON E. DEAN,

     Plaintiff,                           No. 2: 11-cv-2152 KJN P

    vs.

S.H. WONG, et al.,                    <u>NOTICE OF AMENDMENT</u>

     Defendants.

_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

     _____        Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff