1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ALTON E. DEAN,

10              Plaintiff,                    No. 2: 11-cv-2152 KJN P

11         vs.

12   S.H. WONG, et al.,

13              Defendants.               ORDER TO SHOW CAUSE

14   _____/

15              By order filed January 6, 2012, plaintiff's amended complaint was dismissed and

16   thirty days leave to file a second amended complaint was granted.  The thirty day period has now

17   expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's

18   order.

19              Accordingly, IT IS ORDERED that within twenty-one days of the date of this

20   order, plaintiff shall show cause for his failure to file a second amended complaint; within that

21   time, plaintiff shall also file a second amended complaint; failure to respond to this order will

22   result in the dismissal of this action.

23   DATED:  February 28, 2012

24                                        _____
                                          KENDALL J. NEWMAN
25                                        UNITED STATES MAGISTRATE JUDGE

26   dean2152.osc

1