IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

    Plaintiff,                                No. 2: 11-cv-2152 KJN P

    vs.

S.H. WONG, et al.,

    Defendants.                        ORDER TO SHOW CAUSE

_____/

        By order filed January 6, 2012, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause for his failure to file a second amended complaint; within that time, plaintiff shall also file a second amended complaint; failure to respond to this order will result in the dismissal of this action.

DATED: February 28, 2012

                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE

dean2152.osc

1