IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

    Plaintiff,               No. 2: 11-cv-2152 KJN P

    vs.

S.H. WONG, et al.,

    Defendants.        ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2011, plaintiff consented to the jurisdiction of the undersigned.

        On April 16, 2012, the undersigned denied plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and granted plaintiff thirty days to pay the filing fee. Thirty days passed and plaintiff did not pay the filing fee or otherwise respond to the April 16, 2012 order.

        Based on plaintiff's failure to pay the filing fee, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 1, 2012

                                                   KENDALL J. NEWMAN
                                                   UNITED STATES MAGISTRATE JUDGE

dean2152.dis

1